USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/17/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FRANKIE MONEGRO,** *on behalf of himself and all others similarly situated*,

                **Plaintiff,**

-against-

**DANCING SANDWICH ENTERPRISES, INC.,**

                **Defendant.**

20-cv-09323 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:   **December 17, 2020**
             **New York, New York**

                                                         **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**